IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: Terry Kelley & Brenda Kelley          CASE NO.: 1:17-bk-70946
          DEBTORS                             CHAPTER 13

## CHAPTER 13 NARRATIVE STATEMENT OF PLAN

I. **PAYMENT TO THE TRUSTEE:**

The debtors propose to pay $598.00 per month to the Trustee, as follows:
☒ The debtors to make payments directly to the Trustee with certified funds.
☐ The debtors to make payments to the Trustee by wage withdrawal:

Husband: _____
Pay Period: _____
Employer: _____
Address: _____

Wife: _____
Pay Period: _____
Employer: _____
Address: _____

THE FIRST PAYMENT WILL BE MADE TO THE TRUSTEE WITHIN THIRTY (30) DAYS FROM THE DATE OF THE FILING OF THE PETITION.

II. **STEP PAYMENTS:**

N/A

III. **PLAN LENGTH:**

The debtors propose to pay all disposable income into the plan for the benefit of unsecured creditors for no less than the applicable commitment period (unless unsecured creditors are being paid 100%.) The plan length shall not exceed 60 months.

The debtors plan length is 60 months

**IV. ADMINISTRATIVE COSTS:**

A. Trustee's Fees and Expenses
B. Attorney Fee to be paid through Plan: $3,000.00   (Additional attorney fees must be approved by separate application.)
C. Attorney Fee paid by the debtors prior to filing: $0.00
D. Attorney Fee will be paid $1,500.00 prior to disbursement to secured, priority, or unsecured claims. Remainder of approved fee will be paid at the rate of 25% of the total disbursement each month until paid in full.
E. Any attorney fees and costs awarded for pre- or post-confirmation work (excluding fees awarded in the original fee application) shall be paid prior to payments made on and long-term, secured, priority, or other unsecured claims.

**V. CHILD SUPPORT:**

A. ☒ The debtors have no child support obligations
B. ☐ The debtors are required to pay child support to the following DSO recipient:
   Name: _____
   Address: _____
   Phone Number: _____

   Creditor to whom DSO payments are made:
   Name: _____
   Address _____
   Phone Number: _____

1. ☐ The regular monthly support payment shall be paid directly by the debtors through payroll deduction.
2. ☐ The regular monthly support payment of $_____ shall be paid through the plan.
3. ☐ Back child support payments are included in the debtors' regular monthly support payment.
4. ☐ The total back child support is $_____ and shall be paid through the plan at a pro-rata monthly amount.

**VI. LONG-TERM DEBTS:**

The following debts will extend beyond the length of the plan. During the plan, the Trustee is to pay the regular, continuing monthly contract payment. If the claim is already in default, the Trustee will pay and additional sum each month until the default has been cured, in accordance with 11 U.S.C. §1322(b)(5). Upon completion of the plan, the debtors will resume payments on such claims pursuant to the terms of the original agreement. Confirmation of this Plan imposes a duty on the Mortgage Entity to:

A. Deem ant Pre-petition arrearage as contractually current so that no Post-Petition delinquency status is declared due to Pre-Petition events that are addressed in the plan;
B. Apply Trustee payments on Pre-Petition arrearages only to such arrearages;
C. Apply mortgage payments made during the Plan (whether by the debtors or by the Trustee) to the month in which they were made (or designated to be made) under or during the Plan; and
D. Include in Pre-Petition arrearages only those sums included in the "allowed" Proof of Claim.

**By listing the mortgage servicer as the entity to whom the payment is to be made, the debtors waive no rights to contest any claim filed on their mortgage loan for lack of documentation providing appropriate information as to who the current owner of the mortgage note is, or for lack of documentation showing the servicer's right to collect on behalf of the current owner or holder or the note. By listing an amount owed as a pre-petition arrearage, the debtors waive no rights to contest any amounts claimed for attorney fees and costs, foreclosure fees, late fees, inspections fees, broker price opinion fees, corporate advances, escrow advances, or any other fees and costs assessed against the loan that the debtors believe to be unreasonable, unwarranted, or not allowed under the terms of the mortgage or note.**

| **Creditor** | **Regular Payment** | **Arrearage** | **Monthly Amount to Cure Arrearage** |
|---|---|---|---|
| **N/A** | | | |

### VII. SECRETED DEBTS WHICH WILL NOT EXTEND BEYOND THE LENGTH OF THE PLAN:

Secured creditors, who will retain their liens and be paid the value of their collateral of the amount of their debt, **whichever is less,** shall be paid as follows:

| **Creditor** | **Debt** | **Value** | **Int. Rate** | **Monthly Payments** | **Adequate Protection Monthly Payment** | **Adequate Protection Int.** |
|---|---|---|---|---|---|---|
| **Equicredit / Select Portfolio 453 Eades** | $19,333.00 | $83,450.00 | 4.0% | $356.05 | $180.00 | 4.0% |

**Any amount claimed by the creditor that exceeds the value of the collateral will be Treated as NON-PRIORITY UNSECURED CLAIM. Liens will be released upon payment of the underlying debt or discharge whichever occurs first.**

**VIII.    PMSI SECURED CLAIMS TO WHICH §506 VALUATION IS NOT APPLICABLE (910-CLAIMS):**

| Creditor | Debt | Value | Interest Rate | Monthly Payment | Adequate Protection Monthly Pmt. |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**IX.    PROPERTY TO BE SURRENDERED:**

The following are creditors to whom the debtors surrenders the property securing the claim in accordance with 11 U.S.C. 1325 (a)(5)(C). **No further payments are to be made to the creditor on the secured claim; however, the creditor may file a claim for the efficiency and it will be treated as a non-priority unsecured creditor.**

| Creditor | Description of Property |
|---|---|
| N/A | |

**X.    PRIORITY DEBTS:**

Priority debts shall be paid in full in accordance with 11 U.S.C. 1322 (a)(2), **unless otherwise indicated in this plan.**

N/A

**XI.    UNSECURED DEBTS:**

**CLAIMS SHALL BE PAID 100% UNLESS A DIFFERENT TREATMENT IN INDICATED BELOW:**

A. ☐ Unsecured creditors shall be paid a definite percentage of their claims as filed and allowed by the court. That percentage is _____%.

B. ☒ Unsecured creditors shall receive a pro-rata dividend from funds remaining after payment of administrative, long term secures/unsecured, secured, priority, child support and special non-priority unsecured claims and the debtors shall pay all projected disposable income into the plan for the benefit of unsecured creditors.

**XII.     SPECIAL NONPRIORITY UNSECURED DEBTS:**

The following consumer debts shall be paid prior to other unsecured debts. The reason for this special treatment is stated below. Claims shall be paid in full (100%) unless a different treatment is indicated.

| Creditor | Debt | Interest Rate | Monthly Payment | Reason |
|---|---|---|---|---|
| N/A | | | | |

**XIII.    DEBTS WHICH ARE NOT TO BE PAID BY THE TRUSTEE:**

The only debts which may be paid directly are:
1. The home mortgage; if current;
2. Lease payment; if current;
3. Child support payment per court order; and
4. Debts which are actually being paid by someone other than the debtors from property that is not property of the estate.

| Creditor | Description of Property/Nature of Obligation |
|---|---|
| N/A | |
| | |

**XIV.    EXECUTORY CONTRACTS:**

The debtors assume or reject the following executor contract or unexpired lease. **If rejected, no further payments are to be made to the creditor on the contract or lease; however, the creditor may file a claim for the deficiency and will be treated as a non-priority unsecured creditor.**

| Creditor Contract | | Description of Property |
|---|---|---|
| N/A | | |

### XV. SALE OF ASSETS:

The debtors propose to sell the described real or personal property, after court approval and notice to creditors and the Trustee, and will commit the proceeds as follows:

**N/A**

### XVI. OTHER PROVISIONS:

Other provisions of the plan which are not inconsistent with title 11 of the U.S.C., pursuant to 11 U.S.C. 1322(b)(10), are as follows:

The property of the estate shall continue to be property of the estate until such time as a discharge is granted or the case is dismissed. Unless otherwise provided, the debtors shall remain in possession of all property of the estate.

**In the event that a secured claim is allowed which is not provide for in the plan, then the Trustee shall pay such creditor in full after this plan has in all other respects been completed.**

In order to assist the debtors in performance of the plan, the Trustee mat from time to time grant refunds to the debtors as may be necessary to satisfactorily complete the plan, provided that all sums necessary to complete the plan are ultimately paid by the debtors.

|  |  |
|---|---|
| **Date: April 14, 2017** | **Attorney for the debtors:**<br>/s/ Robert N. Rushing<br>Robert N. Rushing (2010065)<br>Rushing Law Firm, PLLC<br>725 North West Ave.<br>El Dorado, Arkansas 71730<br>(870) 875-2940<br>rrrushing@TheRushingLawFirm.com |